IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEROME DUNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV-06-RRA-4795-S |
| JEFFERSON COUNTY, ALABAMA, et al., | ) ) ) ) |
| Defendants. | ) |

**Memorandum Opinion**

This case comes before the court on the motion to dismiss filed by defendants Sheriff Mike Hale, Sergeant James Miller, Deputy L. Aaron Gast, Deputy Nathan Nichols, Deputy Frank Jones, Deputy Leroy Brown, and Deputy Benny Hopper. (Doc. 11). This case also comes before the court on the motion to dismiss filed by defendant Jefferson County, Alabama. (Doc. 13). On February 2 and February 12, 2007, respectively, it was recommended that the motions to dismiss be granted and the claims against these defendants be dismissed, with prejudice. The time for objections has expired and no objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's reports are due to be and are hereby ADOPTED and his recommendations are ACCEPTED. An appropriate order will be entered.

Done this 27th day of February, 2007.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE